IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case Number 3:03-MJ-115 |
| V. | : | |
| CHRISTOPHER L. BOWMAN | : | MOTION TO DISMISS |

    Now comes the United States of America, by and through counsel, and respectfully requests that the above entitled case be dismissed with prejudice. The United States has received credible information to support the assertion made by the Defendant that his brother used the Defendant's name and social security number on October 31, 2002, after being detained by Wright-Patterson Air Force Base police officers for fleeing and eluding. For this reason, the United States does not wish to pursue this matter.

JOANNA M. LARSON
Special Assistant U.S. Attorney
Attorney for the Government

ORDER TO DISMISS

    For good cause shown, the Government's Motion to Dismiss with prejudice is hereby granted.

MICHAEL R. MERZ
U.S. Magistrate Judge

CERTIFICATE OF SERVICE

    I, Joanna M. Larson, attorney for the Government, do hereby certify that a copy of the foregoing Motion to Dismiss was served upon the Defendant, Christopher L. Bowman, H. Charles Wagner, 424 Patterson Road, Dayton OH 45419-4306, this 12th day of _____June_____, 2006, by regular U.S. Mail.

*Joanna M. Larson*

JOANNA M. LARSON
Special Asst U.S. Attorney
Attorney for the Government